IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants | ) Civil Action No. 3:19-CV-0792-C-BK |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendant's Motion to Dismiss should be granted and that Plaintiff's claims should be dismissed with prejudice.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on March 23, 2020. *See* Doc. 26.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's Motion to Dismiss is hereby **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice. All relief not expressly granted is **DENIED**.

SO ORDERED this 24th day of March, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE