UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ROE, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>ET AL., §<br>§<br>*Defendants.* § | Civil Action No. 3:19-CV-0792-X-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 177). Roe filed an objection, arguing that the Magistrate Judge failed to give *Chevron* deference to an agency guidebook. (Doc. 205). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 25th day of August 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE